IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **HUNTAHOME REALTY,** ) | |
| ) | |
| **Plaintiff,** ) | |
| vs. ) | No. 3:14-CV-1004-M-BH |
| ) | |
| **WILLIE JONES** ) | |
| *and all occupants*, ) | |
| ) | |
| **Defendants.** ) | Referred to U.S. Magistrate Judge |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

After reviewing the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and conducting a *de novo* review of those parts of the Findings and Conclusions to which objections have been made, I am of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

Accordingly, this action will be *sua sponte* **REMANDED** to the County Court at Law No. 1 of Tarrant County, Texas, by separate judgment.

**SIGNED** this 15th day of April, 2014.

_____
BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS